MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED** **FILED** MAR 26 2018 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 1:18-SW-00125 SAB |
|---|---|
| A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 559-601-9371 | SEALING ORDER<br><br>**UNDER SEAL** |

## **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 3/26/2018

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

AFFIDAVIT – PRECISE LOCATION DATA –
CELLULAR TELEPHONE

11